

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

| | |
|---|---|
| Defendant: | **Retail Zipline, Inc.** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113431 | $182,708.00 | 3/27/2023 | INV-798_4 | 9/6/2022 | $382,708.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113431 | $182,708.00 | 3/27/2023 | INV-798_3 | 9/6/2022 | $382,708.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112993 | $200,000.00 | 3/8/2023 | INV-798_2 | 9/6/2022 | $382,708.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112993 | $200,000.00 | 3/8/2023 | INV-798_1 | 9/6/2022 | $382,708.00 |

**Totals:** 2 transfer(s), $382,708.00